LENIN GARCIA ✕ J12590
Name and Prisoner/Booking Number

MULE CREEK STATE PRISON
Place of Confinement

A5-248L   P.O. BOX-409020
Mailing Address

IONE, CA 95640
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN PROPER - ASSISTED BY JAIL HOUSE LAWYER

FILED
Dec 29, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LENIN GARCIA,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) C/O E. MORENO, (2) SGT. M. HARRIS,
(Full Name of Defendant)
(3) LT. E. SILVA, (4) C/O D. HICKS,
(5) C/O H. HINOJOSA, (6) C/O M. SILVA,
(7) C/O PEÑA, C/O SEGURA (8)

Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17-cv-2718-AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CORCORAN, CSP, COR

## B. DEFENDANTS

1. Name of first Defendant: **E. MORENO**. The first Defendant is employed as: **CORRECTIONAL OFFICER** at **CORCORAN STATE PRISON**.
HE WAS ACTING — (Position and Title) **UNDER COLOR OF LAW AT ALL TIMES** (Institution) **AND IS SUED IN HIS INDIVIDUAL CAPACITY.**

2. Name of second Defendant: **M. HARRIS**. The second Defendant is employed as: **SEARGENT** at **CORCORAN STATE PRISON**.
HE WAS ACTING — (Position and Title) **UNDER COLOR OF LAW AT ALL TIMES** (Institution) **AND IS SUED IN HIS INDIVIDUAL CAPACITY**

3. Name of third Defendant: **E. SILVA**. The third Defendant is employed as: **LIEUTENANT** at **CORCORAN STATE PRISON**.
HE WAS ACTING — (Position and Title) **UNDER COLOR OF LAW AT ALL TIMES** (Institution) **AND IS SUED IN HIS INDIVIDUAL CAPACITY**

4. Name of fourth Defendant: **D. HICKS**. The fourth Defendant is employed as: **CORRECTIONAL OFFICER** at **CORCORAN STATE PRISON**.
HE WAS ACTING — (Position and Title) **UNDER COLOR OF LAW AT ALL TIMES** (Institution) **AND IS SUED IN HIS INDIVIDUAL CAPACITY.**

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.
**SEE, CONTINUATION PAGE →**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **6**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **LENIN GARCIA** v. **SMITH, et al.**
      2. Court and case number: **U.S. SOUTHERN DISCTRICT, 10CV02433 JAH MDD.**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **CASE CLOSED**.

   b. Second prior lawsuit:
      1. Parties: **LENIN GARCIA** v. **RIVERA, et al.**
      2. Court and case number: **US. SOUTHERN DISTRICT, 31lCV 00763 MMA KSC**.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **CASE CLOSED**.

   c. Third prior lawsuit:
      1. Parties: **LENIN GARCIA** v. **J. CLUCK**
      2. Court and case number: **U.S. SOUTHERN DISTRICT, 12 CV 00718 AJB NLS**.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **APPEAL PENDING**.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

CONTINUATION FROM PAGE #2.

## B. DEFENDANTS

5. NAME OF FIFTH DEFENDANT: H. HINOJOSA
   POSITION AND TITLE, CORRECTIONAL OFFICER
   EMPLOYED, AT CORCORAN STATE PRISON
   HE WAS ACTING UNDER COLOR OF LAW AT ALL TIMES, AND IS SUED IN HIS INDIVIDUAL CAPACITY.

6. NAME OF SIXTH DEFENDANT: M. SILVA
   POSITION AND TITLE, CORRECTIONAL OFFICER
   EMPLOYED, AT CORCORAN STATE PRISON
   HE WAS ACTING UNDER COLOR OF LAW AT ALL TIMES, AND IS SUED IN HIS INDIVIDUAL CAPACITY.

7. NAME OF SEVEN DEFENDANT: PEÑA
   POSITION AND TITLE, CORRECTIONAL OFFICER
   EMPLOYED, AT CORCORAN STATE PRISON
   HE WAS ACTING UNDER COLOR OF LAW AT ALL TIMES, AND IS SUED IN HIS INDIVIDUAL CAPACITY.

8. NAME OF EIGHTH DEFENDANT: SEGURA
   POSITION AND TITLE, CORRECTIONAL OFFICER
   EMPLOYED, AT CORCORAN STATE PRISON
   HE WAS ACTING UNDER COLOR OF LAW AT ALL TIMES AND IS SUED IN HIS INDIVIDUAL CAPACITY.

THE PLAINTIFF BRINGS HIS CLAIMS AGAINST ALL DEFENDANTS UNDER THE FEDERAL STATUTE, 42 U.S.C. 1983, WHICH PROVIDES THAT ANY PERSON OR PERSONS WHO, UNDER COLOR OF LAW, DEPRIVES ANOTHER OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES SHALL BE LIABLE TO THE INJURED PARTY.

CONTINUATION FROM PAGE #2.

## C. PREVIOUS LAWSUITS

FOURTH PRIOR LAWSUIT:
LENIN GARCIA V. J. ABATTI HARLOW, et al,
U.S. EASTERN DISTRICT CALIFORNIA
# CV-F015195 RHW-WMW-R
　　CASE DISMISSED

FIFTH PRIOR LAWSUIT:
LENIN GARCIA V. CHARLIE BECK, et al,
U.S. CENTRAL DISTRICT CALIFORNIA
# 2:13-CV-03798-UA-SH
　　CASE DISMISSED

SIXTH PRIOR LAWSUIT:
LENIN GARCIA V. RENDON, et al.,
U.S. EASTERN DISTRICT CALIFORNIA
# CIV-S-00-0331 DFL DAD P
　　CASE DISMISSED

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT</u>

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON NOVEMBER, 08, 2016, PLAINTIFF OBSERVED DEFENDANTS PEÑA, MORENO, SEGURA, HINOJOSA, ESCORTING PRISONER (CONTRERAS- #AN5170), PLAINTIFF HEARD CONTRERAS YELLING AT THESE DEFENDANTS THAT HE WAS SUICIDAL AND HOMOCIDAL, HE TOLD THEM THAT HE DID NOT WANT TO GO IN THE CELL WITH PLAINTIFF, HE REQUESTED TO BE SEND TO CRISIS BED, OR TO BE PLACED AT ANOTHER CELL, OR TO BE SEND TO ADMINISTRATIVE SEGREGATION THE DEFENDANTS TOLD HIM NO, CONTRERAS TOLD THE DEFENDANTS "I WILL HURT MY SELF I WILL HURT ANYONE" DEFENDANT PEÑA STATED WE DONT CARE THIS IS CORCORAN YOU NEED TO GO IN THE CELL AND DO WHAT YOU HAD TO DO, DEFENDANT HINOJOSA STATED I BET HE IS NOT GOING TO DO NOTHING, DEFENDANT SEGURA STATED THIS IS CORCORAN GO IN THERE AND DO WHAT YOU HAD TO DO, DEFENDANT MORENO STATED YOU ARE DELAYING COUNT YOU NEED TO GO IN THERE AND DO WHAT YOU HAD TO DO, AFTER PLAINTIFF HEARD THE THREATS MADE BY CONTRERAS AND THE REFUSAL OF DEFENDANTS TO PLACE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   BRUISES, SWELLING IN THE FACE, OPEN WOUND TO THE ARM FROM A BITE, SPRAYED WITH O.C. CAUSING DIFFICULTY BREATHING, BLURRED VISION, REPEATEDLY COUGH, DIZZINES, RESPIRATORY FAILURE, HIS ENTIRE BODY FELT LIKE IT WAS ON FIRE FOR SEVERAL DAYS, EMOTIONAL DISTRESS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>SEE, ATTACHMENT PAGE "ADMINISTRATIVE REMEDIES"</u>

3

CONTINUATION SUPPORTING FACTS

D. CAUSE OF ACTION
CLAIM I

CONTRERAS IN SUICIDE WATCH/CRISIS BED, PLAINTIFF FEAR FOR HIS SAFETY, PLAINTIFF THEN PLEADED WITH All OF THESE DEFENDANTS HE ASKED THEM NOT TO PUT THE CRAZY MAN IN THE CELL WITH HIM. All OF THESE DEFENDANTS IGNORED GARCIA PLEADS FOR HELP, DEFENDANT SILVA STATED OUT LOUD "SIX, O, TWO, US LIKE YOU ALWAYS DO, YOU HEAR ME GARCIA" All DEFENDANTS LAUGHED OUT LOUD, "602" IS THE TERM USED FOR THE FILING OF A GRIEVANCE AGAINST PRISON STAFF, SUBSEQUENTLY, DEFENDANT SILVA OPENED PLAINTIFF CELL DOOR, CONTRERAS REFUSED TO ENTER THE CELL, BUT DEFENDANTS PEÑA, MORENO, HINOJOSA, AND SEGURA All FORCELY PUSHED CONTRERAS INSIDE THE PLAINTIFF CELL, ONCE INSIDE THE CELL CONTRERAS REFUSED TO RELINQUISH THE HANDCUFFS, HE AGAIN YELLED AT DEFENDANTS I WILL HURT MY SELF OR ANYONE ELSE, PLAINTIFF AGAIN PLEADED WITH THESE DEFENDANTS TO MOVE CONTRERAS OUT OF HIS CELL, DEFENDANTS AGAIN IGNORED PLAINTIFF PLEADS, CONTRERAS CONTINUE REFUSING TO GIVE UP THE HANDCUFFS, AFTER SOMETIME HE ALLOWED STAFF TO REMOVED THE HANDCUFFS, CONTRERAS IMMEDIATELY RUSHED PLAINTIFF AND PUNCHED HIM IN THE FACE KNOCKING HIM DOWN TO THE FLOOR AND REPEATEDLY PUNCHED PLAINTIFF, HE BIT PLAINTIFF ON THE ARM, WHILE THE PLAINTIFF WAS ON THE FLOOR DEFENDANT MORENO SPRAYED HIM WITH OLEORESIN GAS, DEFENDANT SILVA OPENED THE CELL DOOR, AND DEFENDANTS PROCEEDED TO REMOVED CONTRERAS FROM THE CELL AND SECURED THE CELL DOOR AND ALTHOUGH THE PLAINTIFF WAS ON THE CELL BY HIMSELF, HURT, ON THE FLOOR BLIND FROM THE SPRAYED GAS CHEMICAL, DEFENDANT MORENO CONTINUE TO SPRAYED PLAINTIFF, SOMETIME AFTER PLAINTIFF WAS PLACED ON HANDCUFFS AND ESCORTED BY DEFENDANT HICKS GARCIA WAS GIVEN A 7219 INJURY ASSESMENT, AFTER THE INJURY ASSESMENT PLAINTIFF ASKED DEFENDANTS HICKS, SGT. HARRIS,

CONTINUATION: SUPPORTING FACTS - 3-2
D. CAUSE OF ACTION
CLAIM I

AND LIEUTENANT SILVA TO DECONTAMINE THE CELL, BUT ALL DEFENDA-NST- REFUSED. PLAINTIFF REFUSED TO ENTER THE CELL, BUT DEFENDANTS HICKS, HARRIS, AND SILVA FORCELY PUSHED PLAINTIFF INSIDE THE CELL AND LEFT HIM THERE, THE BUNKS, TOILET, SINK, WALLS, CEILING, FLOOR, SHEETS, MATTRES, AND ALL OF PLAINTIFF PROPERTY WAS COVERED IN OLEORESIN CAPSICUM, PLAINTIFF WAS LEFT ON THESE CONDITIONS FOR SEVERAL DAYS, AS A RESULT PLAINTIFF HAD TO BREATHE THE TOXIC FUMES, CAUSING DISFICULTY BRETHING, RESPIRATORY FAIL-URE - DIZZINES, BLURRED VISION, REPEATDLY COUGH, HIS ENTIRE BODY FELT LIKE IT WAS ON FIRE... FUTHER: AFTER THE INCIDENT DEFENDAN-TS- ACTED IN CONCERN TO COVER UP THEIR MISCONDUCT BY FILING FALSE REPORTS, FOR EXAMPLE, DEFENDANT MORENO AUTHORED A FALSE-115-RVR, CHARGING PLAINTIFF WITH THE SPECIFIC ACT OF FIGHTING, HE LIED ON HIS REPORT WHEN HE WROTE THAT HE ALONE ESCORTED (CONTRERAS) TO PLAINTIFF CELL, HE LIED WHEN HE WROTE THAT BOTH INMATES GOT IN A STANCE AND BEGIN FIGHTING BY PUNCHING EACH OTHER, HE OMITTED FROM HIS REPORT THAT CONTRERAS TOLD THEM HE DID NOT WANT TO GO IN THE CELL WITH PLAINTIFF, THAT HE WAS SUICIDAL, HOMOCIDAL, THAT HE WAS GOING TO HURT HIMSELF OR HURT ANYONE ELSE, HE OMITTED FROM HIS REPORT THAT PLAINTIFF PLEADED WITH THEM NOT TO PUT CONTRERAS IN THE CELL WITH HIM, HE OMITTED FROM HIS REPORT THAT DEFENDANTS PEÑA, HINOJOSA, SEGURA, AND HIM (MORENO) FORCELY PUSHED CONTRERAS INSIDE PLAINTIFF CELL, . DEFENDANTS HINOJOSA, SEGURA, FILED FALSE 837 REPORTS MAKING IT LOOK LIKE THEY WERE THERE ONLY AFTER THE INCIDENT, THEY LIED ABOUT THE TRUE OF EVENTS OF THE INCIDENT, DEFENDANT SILVA FILED A FALSE 837 REPORT HE COMPLETEDLY LIED ABOUT THE TRUE EVENTS OF THIS INCIDENT, DEFENDANTS HICKS, HARRIS,

## D. CAUSE OF ACTION
### CLAIM I

AND SILVA FILED FALSE 837 REPORTS, THEY OMITTED FROM THEIR REPORTS THAT AFTER OLEORESIN CAPSICUM WAS SPRAYED IN THE CELL THEY REFUSED TO DECONTAMINE THE CELL, WHEN PLAINTIFF REFUSED TO ENTER THE CELL, THEY FORCELY PUSHED PLAINTIFF INSIDE THE CELL.

PLAINTIFF CLAIMS CLEARLY DEMOSTRATE THAT DEFENDANTS WERE WARNED THAT CONTRERAS WAS SUFFERING FROM SUICIDAL AND HOMOCIDAL IDEATIONS, DEFENDANTS KNEW THAT THE SITUATION WAS CRITICAL AND THAT CONTRERAS WAS GOING TO ATTACK PLAINTIFF DEFENDANTS IGNORED THE THREATS, WARNINGS BY CONTRERAS AND WHEN PLAINTIFF PLEADED FOR HELP DEFENDANTS ALL LAUGHED OUT LOUD TOGETHER, AND PROCEEDED TO FORCELY PUSH CONTRERAS INSIDE THE CELL AND CONTRERAS IMMEDIATELY ATTACKED PLAINTIFF SUBSEQUENTLY AFTER THE INCIDENT CONTRERAS WAS FINALLY ADMITTED INTO THE CRISIS BED SUICIDE WATCH HOSPITAL DUE TO HOMOCIDAL AND SUICIDAL IDEATIONS, THE FALSE RULE VIOLATION CHARGE FOR FIGHTING WAS EVENTUALLY DISMISSED, PLAINTIFF WAS FOUND NOT GUILTY, FURTHER ON THE DATE OF THE INCIDENT, THERE WAS PLENTY OF CELL, BED SPACE OPENINGS, DEFENDANTS DID NOT HAD A NEED TO HOUSED CONTRERAS IN PLAINTIFF CELL, DEFENDANTS KNEW AND WERE ALERT TO A SUBSTANTIAL AND EXCESSIVE RISK OF HARM TO PLAINTIFF AND DEFENDANTS INTENTIONALLY DISREGARDED SUCH RISK, DEFENDANTS WERE DELIBERATELY INDIFFERENT TO PLAINTIFF SAFETY IN VIOLATION OF HIS EIGHTH AMEDMENT-RIGHTS... HE SUFFERED GENERAL DAMAGES IN PHYSICAL AND EMOTIONAL INJURIES, IN ACTING AS DESCRIBED ABOVE DEFENDANTS ACTED DESPICABLE, KNOWINGLY, WILLFULLY, MALICIOUSLY OR WITH RECKLESS OR CALLOUS WITH DISREGARD FOR PLAINTIFF CONSTITUTIONAL PROTECTED RIGHTS, ENTITLING PLAINTIFF TO BE AWARDED DAMAGES...

CONTINUATION: PAGE #3, A, B, C, D,
ADMINISTRATIVE REMEDIES:

ON NOVEMBER, 2016, PLAINTIFF SUBMITTED A 602 REQUESTING ADMINISTRATIVE RELIEF ON CLAIM I, II, III, AND IIII, THE APPEALS OFFICE STAFF FAILED TO LOG, PROCESS, OR RESPOND, FURTHER PLAINTIFF SUBMITTED SEVERAL CDCR 22 FORMS ASKING ABOUT THE STATUS OF 602, AGAIN NO RESPONSE WAS GIVEN, PLAINTIFF ALSO SUBMITTEDD A 602 AGAINST THE APPEALS COORDINATOR STAFF FOR FAILING TO LOG, PROCESS, RESPOND THE APPEAL DESCRIBED ABOVE, AGAIN NO LOG, NO PROCESS, AND NO RESPOND, THEREAFTER, PLAINTIFF SUBMITTED A REQUEST TO THE HIGHEST ADMINISTRATIVE-LEVEL REQUESTING FOR THEM TO ORDER CORCORAN APPEALS COORDINATOR TO LOG, RESPOND, SEVERAL APPEALS 602s, PLAINTIFF REQUEST WAS TO NO AVAIL, FINALLY, PLAINTIFF FILED ANOTHER APPEAL AGAINST THE APPEALS-COORDINATOR OFFICE STAFF FOR NOT PROCESSING, LOG, OR RESPOND TO All THE APPEALS AS DESCRIBED ABOVE, THE APPEALS COORDINATOR STAFF AGAIN REFUSED TO PROCESS AND CANCELLED THE APPEAL...

THE APPEAL COORDINATOR STAFF AND DEFENDANTS WERE IN CHARGE OF THE INSTITUTIONAL MAIL GOING OUT AND COMING IN THE HOUSING UNIT, THEY ACTED IN CONCERT TO ENSURE THAT PLAINTIFF APPEALS 602s WERE NOT LOG, NOT PROCESS, NOT RESPOND, AND NOT RETURNED TO HIM, PLAINTIFF MADE A GOOD FAITH EFFORT TO EXHAUST HIS REMEDIES THROUGH HIS MANY FILINGS, HE WAS DILIGENT IN HIS MANY ATTEMPTS TO GET APPEALS COORDINATOR STAFF TO LOG, PROCESS, RESPOND, HIS APPEALS, BUT HE ENCOUNTER A CONCRETE WALL OF DECEPTION, THEREFORE, THIS COURT SHOULD FIND THAT PLAINTIFF EXHAUSTED All THE REMEDIES THAT WERE "AVAILABLE" TO HIM.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT</u>

2. Claim II. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   AFTER PLAINTIFF WAS ATTACKED BY CONTRERAS HE WAS ON THE FLOOR HURT, ALTHOUGH HE WAS ON THE FLOOR DEFENDANT MORENO CONTINUE TO SPRAY HIM WITH OLEORESIN CAPSICUM CHEMICAL GAS, FURTHER AFTER CONTRERAS WAS REMOVED FROM THE CELL AND THE DOOR WAS SECURED DEFENDANT MORENO-CONTINUE TO SPRAYED PLAINTIFF WITH OLEORESIN CAPSICUM, SUCH ACTS AMOUNT TO EXCESSIVE FORCE AND CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT, BECAUSE THE OLEORESIN CAPSICUM WAS NOT APPLIED IN GOOD FAITH EFFORT TO MAINTAIN ORDER OR SECURITY BUT WAS APPLIED MALICIOUSLY OR SADISTICALLY FOR THE VERY PURPOSE OF CAUSING HARM IN VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS. HE SUFFERED GENERAL DAMAGES IN PHYSICAL AND EMOTIONAL INJURIES, IN ACTING AS DESCRIBED ABOVE DEFENDANTS ACTED DESPICABLE, KNOWINGLY-WILLFULLY, MALICIOUSLY OR WITH RECKLESS OR CALLOUS WITH DISREGARD FOR PLAINTIFF CONSTITUTIONAL PROTECTED RIGHTS ENTITLING PLAINTIFF TO BE AWARDED DAMAGES...

   SEE, PAGE-3, 1-ABOVE, INCLUSIVE, ARE HEREBY INCORPORATED BY REFERENCE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   SPRAYED WITH OLEORESIN CAPSICUM CHEMICAL GAS, CAUSING DIFFICULTY BREATHING, BLURRED VISION, REPEATEDLY COUGH, DIZZINES, RESPIRATORIAL FAILURE, THE ENTIRE BODY FELT LIKE IT WAS ON FIRE FOR SEVERAL DAYS AND EMOTIONAL DISTRESS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE, ATTACHMENT, CONTINUATION, PAGE #3, A, B, C, D, ADMINISTRATIVE REMEDIES HEREBY INCORPORATED BY REFERENCE.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: FIRST AMENDMENT, SUCH ACTION CHILLED PLAINTIFF EXERCISE OF HIS FIRST AMENDMENT RIGHTS.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
PLAINTIFF CONTENDS THAT ONCE HE FILED PRIOR GRIEVANCES, APPEALS 602'S AGAINST DEFENDANTS THEY RETALIATED AND SUBJECTED HIM TO ADVERSE-ACTION, FOR EXAMPLE, DEFENDANT SILVA STATEMENT "SIX, O, TWO, US" LIKE YOU ALWAYS DO" AND THE OTHER DEFENDANTS LAUGHING OUT LOUD TOGETHER - A REASONABLY JURY COULD FIND THAT DEFENDANTS SUBSEQUENT ACTS WERE RETALIATORY (SPECIFICALLY), PLACING CONTRERAS IN THE PLAINTIFF CELL WITH THE SPECIFIC INTENT TO CREATE A DANGEROUS AND DEADLY SITUATION TO CAUSE HIM HARM.., USING EXCESSIVE FORCE BY REPEATEDLY SPRAYING HIM WITH OLEORESIN CAPSICUM GAS, AND REFUSING - TO DECONTAMINE THE CELL AND LEAVING HIM IN THE CELL FOR SEVERAL DAYS WITHOUT DECONTAMINE THE CELL IN SUCH INHUMANE CONDITIONS.., A REASONABLY JURY COULD INFER FROM THE DEFENDANTS- STATEMENTS AND ACTS THAT THEY RETALIATED AGAINST THE PLAINTIFF... (SEE PAGES 3, 3-1, 3-2, 3-3, ABOVE, INCLUSIVE, ARE HEREBY INCORPORATED BY REFERENCE...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
BRUISES, SWELLING ON THE FACE, OPEN WOUND IN THE ARM FROM A BITE, SPRAYED WITH OLEORESIN-CAPSICUM CHEMICAL GAS, CAUSING DIFFICULTY BREATHING, BLURRED VISION, REPEATEDLY- COUGH, DIZZINES, RESPIRATORIAL FAILURE, THE ENTIRE BODY FELT LIKE IT WAS ON FIRE FOR SEVERAL DAYS, EMOTIONAL DISTRESS, SUCH ACTS CHILLED HIS FIRST AMENDMENT

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE, ATTACHMENT, CONTINUATION, PAGE #3, A, B, C, D, ADMINISTRATIVE REMEDIES HEREBY INCORPORATED BY REFERENCE.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## CLAIM IIII

1. State the constitutional or other federal civil right that was violated: <u>EIGHTH AMENDMENT</u>

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEFENDANTS KNEW THAT LIVING PLAINTIFF IN A CELL FOR SEVERAL DAYS, THE CELL WAS COMPLETELY COVERED WITH OLEO RESIN CAPSICUM CHEMICAL GAS WAS INHUME CONDITIONS, SUCH CONDITIONS INFLICTED UNNECESSARY OR WANTON PAIN AND ARE CONTRARY TO CIVILIZED STANDARDS OF DECENCY AND DEPRIVED HIM OF MINIMAL-CIVILIZED MEASURES OF LIFE NECESSITIES. DEFENDANTS ACTED INTENTIONALLY WITH DELIBERATE INDIFFERENCE TO PLAINTIFF PERSONAL SAFETY THEY SUBJECTED HIM TO NEEDLESS SUFFERING, DEFENDANTS CONDUCT WAS WANTON, THEIR ACTIONS WERE MALICIOUS AND SADISTIC FOR THE PURPOSE OF CAUSING HARM, THE DEPRIVATIONS WERE SUFFICIENTLY-SERIOUS AND CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF PLAINTIFF CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION...
   A RATIONAL JURY COULD FIND DEFENDANTS ACTED INTENTIONALLY WITH DELIBERATE INDIFFERENCE TO PLAINTIFF SAFETY.
   SEE, PAGE, 3-1, 3-2, ABOVE, INCLUSIVE, ARE HEREBY INCORPORATED BY REFERENCE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   BREATHING TOXIC FUMES "OLEO RESIN" CAPSICUM" FOR SEVERAL DAYS, CAUSING DIFFICULTY BREATHING, RESPIRATORY FAILURE, DIZZINESS, BLURRED VISION, REPEATEDLY COUGH HIS ENTIRE BODY FELT LIKE IT WAS ON FIRE FOR SEVERAL DAYS, EMOTIONAL DISTRESS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SEE, ATTACHMENT CONTINUATION PAGE #3, A, B, C, D, ADMINISTRATIVE REMEDIES HEREBY INCORPORATED BY REFERENCE.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
COMPENSATORY DAMAGES IN THE AMOUNT IN THE AMOUNT OF $43,000
GENERAL DAMAGES
PUNITIVE DAMAGES IN THE AMOUNT DECIDED BY THE JURY.
ATTORNEEYS FEES
LEGAL FEES
FILING FEES
APPEAl FEES

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 - 29 - 2017          _BM_
          DATE          SIGNATURE OF PLAINTIFF

IN-PROPER
ASSISTED BY JAIL HOUSE LAWYER
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6