# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIN GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MORENO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00014-SAB (PC)<br><br>ORDER VACATING MAY 17, 2018, ORDER GRANTING PLAINTIFF'S REQUEST FOR SERVICE BY THE UNITED STATES MARSHAL<br><br>[ECF No. 18] |

Plaintiff Lenin Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 29, 2018, the Court authorized service of the complaint for Plaintiff's failure to protect claim against Defendants E. Moreno, Pena, H. Hinojosa, Segura and M. Silva, excessive force against Defendant Moreno, retaliation against Defendants Moreno, Pena, Hinojosa, Segura and E. Silva, and failure to decontaminate cell against Defendants D. Hick, M. Harris, and E. Silva. (ECF No. 10.) In that order, Plaintiff was advised that he was responsible for service on Defendants and provided instructions on how to do so. (Id.)

On May 15, 2018, Plaintiff filed a motion requesting service to be done by the United States Marshal. (ECF No. 17.) On May 17, 2018, the Court granted Plaintiff's request for service by the United States Marshal and directed Plaintiff to complete and return the USM-185 forms. (ECF No. 18.)

1

On May 21, 2018, waivers of service were returned executed by all Defendants. (ECF No. 19.) In light of the return of the waivers of service, the Court's May 17, 2018 (ECF No. 18), is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __**May 21, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE