# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIN GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>E. MORENO, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00014-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TELEPHONIC SETTLEMENT CONFERENCE<br><br>[ECF No. 22] |

Plaintiff Lenin Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before the undersigned on July 16, 201 at 8:30 a.m., at California State Prison, Corcoran ("CSP-Corcoran").

On June 7, 2018, Plaintiff filed a motion requesting that he be allowed to appear at the settlement conference by telephone. (ECF No. 22.) Plaintiff asserts that he was formerly housed at CSP-Corcoran, and he fears for his safety should he come into contact with Defendants there.

Generally, the Court allows inmates to appear telephonically for pretrial proceedings; however, the Court finds that settlement conferences are not productive without the ability to have face to face contact with the participants. Therefore, the Court requires the parties to personally appear for settlement conferences. The Court's past experience has demonstrated that the California Department of Corrections telephone and/or video conferencing system can be unreliable; and therefore it is

1

insufficient for the purposes of conducting a settlement conference. Thus, the Court finds that it is not practicable to allow an inmate to appear by telephone at a settlement conference.

Plaintiff is advised that unless he chooses to dismiss his lawsuit, he is obligated to litigate this action which may necessitate, among other things, transportation from his institution to the court or other locations for proceedings at which Defendants may be present. Plaintiff will only be housed for a short period of time at CSP-Corcoran. Nevertheless, matters of safety are of the utmost concern. If Plaintiff wishes to forgo the settlement conference entirely on the grounds of safety considerations, Plaintiff must file a motion to do so immediately.

Accordingly, Plaintiff's request to attend the settlement conference by telephone (ECF No. 22), is DENIED.

IT IS SO ORDERED.

Dated: **June 10, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE