# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIN GARCIA, | Case No.: 1:18-cv-00014-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER SETTING ALBINO EVIDENTIARY HEARING ON MAY 15, 2019, AT 10:30 A.M. |
| E. MORENO, et al., | |
| Defendants. | |

Plaintiff Lenin Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 4, 2019, Defendants' exhaustion related motion for summary judgment was denied, without prejudice, and Defendants' motion for an evidentiary hearing was granted. The Court found that a material issue of fact exists as to whether Plaintiff attempted to exhaust his administrative remedies, but "due to some inadvertent loss of the grievance form, or for some other reason," prison officials took no action with respect to the grievance.

In order to resolve the disputes of fact, the Court sets an <u>Albino</u> evidentiary hearing before the undersigned on **Wednesday, May 15, 2019, at 10:30 a.m.** in Courtroom 9. A separate order and writ of habeas corpus ad testificandum for Plaintiff will be issued. The parties shall arrange to bring and present their witnesses and evidence during the evidentiary hearing.

///

Any unincarcerated witnesses may appear voluntarily without further order of the Court. To the extent that the parties seek to have incarcerated witnesses appear for the evidentiary hearing, all motions for the attendance of incarcerated witnesses must be filed on or before **May 3, 2019**. The witnesses must have relevant evidence regarding the issues described above. The motion should be entitled "Motion for Attendance of Witnesses." The motion must: (1) state the name, address, and prison identification number (if any) of each witness to be called; (2) explain what relevant information each witness has, and how that witness has personal knowledge of the relevant information; and (3) state whether each such witness is willing to voluntarily testify. Any opposition to a motion for the attendance of incarcerated witnesses must be filed on or before **May 8, 2019**.

No later than **May 10, 2019**, the parties shall confer regarding the witnesses to be called and the evidence to be presented at the hearing. The parties shall be prepared to submit exhibits in proper form at the evidentiary hearing, with proper foundation. The original and two copies of all exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Mamie Hernandez no later than **May 13, 2019.** Plaintiff's exhibits shall be pre-marked using numbers beginning with 1 (e.g., 1, 2, etc.). Defendants' exhibits must be pre-marked using letters beginning with A (e.g., A, B, C … AA, BB, CC … AAA, BBB, CCC, etc.).

IT IS SO ORDERED.

Dated:   **April 23, 2019**

UNITED STATES MAGISTRATE JUDGE