# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIN GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>E. MORENO, et.al.,<br><br>        Defendants. | Case No. 1:18-cv-00014-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE LENIN GARCIA, CDCR #J-12590 |

An evidentiary hearing in this matter commenced on May 15, 2019. Inmate Lenin Garcia, CDCR #J-12590 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 15, 2019**

UNITED STATES MAGISTRATE JUDGE

1